| | |
|---|---|
| 1 | Jeffrey S. Gerardo #146508 |
| | Steven M. Dailey #163857 |
| 2 | KUTAK ROCK LLP |
| | Suite 1500 |
| 3 | 5 Park Plaza |
| | Irvine, CA 92614 |
| 4 | Telephone:  (949) 417-0999 |
| | Facsimile:  (949) 417-5394                          Closed |
| 5 | Email:       jeffrey.gerardo@kutakrock.com |
| | Email:       steven.dailey@kutakrock.com |

Attorneys for Defendants WELLS FARGO BANK, N.A. DBA AMERICAS SERVICING COMPANY ["erroneously sued as "WELLS FARGO BANK, N.A., individually and as successor by merger to AMERICA'S SERVICING COMPANY"] and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA THANH FOUSE, an individual; | Case No. 8:12-cv-1193 JFW (FFMx) |
| Plaintiff, | Assigned to: |
| | District Judge John F. Walter |
| v. | Courtroom: 16 |
| WELLS FARGO BANK, N.A., individually and as successor by merger to AMERICA'S SERVICING COMPANY, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1 – 10, inclusive, | Assigned Discovery: |
| | Magistrate Judge Frederick F. Mumm |
| | |
| | **JUDGMENT** |
| | |
| | Date Filed:     July 23, 2012 |
| Defendants. | |

On October 4, 2012, this Court issued an Order granting WELLS FARGO BANK, N.A. DBA AMERICAS SERVICING COMPANY's and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s ["Lender Defendants'"] Motion to Dismiss Plaintiff's Complaint without leave to amend.

4852-0858-3697.1
14617-701

1    Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to Lender Defendants and that a Judgment of Dismissal be entered in favor of Lender Defendants, and each of them, and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against Lender Defendants, or any of them.

Dated:   December 21, 2012

*[signature]*
Honorable John F. Walter

4852-0858-3697.1
14617-701

- 2 -

Kutak Rock LLP
Attorneys At Law
Irvine